# EXHIBIT B

# Cox Padmore Skolnik & Shakarchy LLP
Attorneys at Law

Joel Spivak
Of Counsel

March 24, 2016

**_Email : wbrown@hanglaw.com_**
**_And Regular Mail_**
William Brown, Esq.
Hang & Associates, PLLC
136-18 39th Street, Suite 1003
Flushing, NY 11354

    RE:   *Rudi v. 29 West 46th Street, LLC, et al.*
           *Case No. 15-cv-9859 (LAK)*

Dear William:

    I am advised that this morning at 9:00 a.m. your client went to the Employer's location at 1265 Broadway and confronted the superintendent. I understand that he has gone to other job sites where he has harassed other employees.

    Please advise your client to take no such action in the future.

    Thank you very much.

                           Very truly yours,

                           COX PADMORE SKOLNIK
                           & SHAKARCHY

                           By_____
                             Joel Spivak, Of Counsel

JS:sbc

98 Cutter Mill Road   Suite 310N   Great Neck, NY 11021   516-829-1080   516-829-3946 (Telefax)
www.cpsslaw.com

A Partnership including Limited Liability Partnerships

| Denver | Hackensack | Jerusalem | New York |
|---|---|---|---|
| 303-839-9191 | 201-489-0050 | 212-561-5527 | 212-953-6633 |