UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MILDRED RUDI,

        Plaintiff,   :   15 Civ. 9859 (LAK)(AJP)

    -against-   :   **ORDER OF DISMISSAL ON CONSENT**

29 WEST 46 STREET, LLC, et al.,

        Defendants.   x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**ANDREW J. PECK, United States Magistrate Judge:**

        Based on the settlement agreement reached by all parties and transcribed by the court reporter August 9, 2016, and on the stipulation of the parties pursuant to 28 U.S.C. § 636(c), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs. Any pending motions are to be terminated as moot and all conferences are cancelled. For the reasons stated on the transcript, the Court finds the settlement to be fair and reasonable to the plaintiff under the Second Circuit's Cheeks decision.

        SO ORDERED.

DATED:    New York, New York
            August 9, 2016

                                              _____
                                              **Andrew J. Peck**
                                              United States Magistrate Judge

Copies **ECF** to:    All Counsel
                       Judge Kaplan

C:\ORD\DISMISS